UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANNETTE HILTON-DAVIS | : | |
| Plaintiff(s), | | |
| | : | CIVIL #13-06762   (RBK) |
| -vs- | : | **ORDER OF DISMISSAL** |
| | : | |
| UNITED STATES OF AMERICA | | |
| | : | |
| Defendant(s). | | |

-----------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this 7th day of January **2016** ;

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

s/Robert B. Kugler
HON. ROBERT B. KUGLER,  U.S.D.J.

cc:   Hon. Ann Marie Donio, U.S. Magistrate Judge
      All Counsel on Record
      File